NANCY NGUYEN SIMS (SBN 215869)
nancy.sims@bakermckenzie.com
MICHELLE CHUNG (SBN 312833)
michelle.chung@bakermckenzie.com
**BAKER & MCKENZIE LLP**
10250 Constellation Blvd, Suite 1850
Los Angeles, California 90067
Tel: 310.201.4728
Fax: 310.201.4721

Attorneys for Petitioner
SKY ZONE FRANCHISE GROUP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY ZONE FRANCHISE GROUP, LLC., a Missouri limited liability company,<br><br>                    Petitioner,<br><br>COLLEEN FITZGERALD, an individual; ALBANY FUN AND FITNESS, LLC, a limited liability company; TAYLOR FUN AND FITNESS, LLC, a limited liability company; FAMILY FUN AND FITNESS, LLC, a limited liability company; KALAMAZOO FUN AND FITNESS, LLC, a limited liability company; SAGINAW FUN AND FITNESS, LLC, a limited liability company, ROCHESTER FUN AND FITNESS, LLC, a limited liability company,<br><br>                    Respondents. | CASE NO. 2:23-cv-00101-JWH-JPR<br><br>**APPLICATION FOR DEFAULT JUDGMENT BY CLERK**<br><br>[*FILED CONCURRENTLY WITH DECLARATION OF MICHELLE CHUNG*] |

TO THE CLERK OF THE COURT:

Pursuant to Federal Rules of Civil Procedure 55(b)(1) and Local Rule 58-5(b), Petitioner Sky Zone Franchise Group, LLC ("Sky Zone") hereby requests the entry of default judgment against Respondents Colleen Fitzgerald, an individual; Albany Fun and Fitness, LLC, a limited liability company; Taylor Fun and Fitness, LLC, a limited liability company; Family Fun and Fitness, LLC, a limited liability company; Kalamazoo Fun and Fitness, LLC, a limited liability company; Saginaw Fun and Fitness, LLC, a limited liability company, Rochester Fun and Fitness, LLC, a limited liability company (collectively, "Respondents").

A request for entry of Clerk's default for failure to respond or appear as against Respondents was filed herein on February 14, 2023. Dkt. No. 17. Default was entered against Respondents on February 16, 2023. Dkt Nos. 19-21.

The declaration of Michelle Chung filed herewith establishes proof of a sum certain due and owing to Sky Zone by Respondents pursuant to a contract claim adjudicated in an arbitration proceeding. Declaration of Michelle Chung ("Chung Decl."), ¶ 10. Respondents are not an infants, incompetent persons, or exempted under the Servicemembers Civil Relief Act, 1940. Chung Decl., ¶¶ 8-9.

The judgment to be entered by the Clerk of the Court is $1,251,523.73. Chung Decl., ¶ 10, Ex. A.

Dated: March 2, 2023   **BAKER & MCKENZIE LLP**

By: /s/*MICHELLE CHUNG*
NANCY NGUYEN SIMS
MICHELLE CHUNG
Attorneys for Petitioner
SKY ZONE FRANCHISE GROUP, LLC