# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY ZONE FRANCHISE GROUP, LLC., a Missouri limited liability company,<br><br>Petitioner,<br><br>COLLEEN FITZGERALD, an individual; ALBANY FUN AND FITNESS, LLC, a limited liability company; TAYLOR FUN AND FITNESS, LLC, a limited liability company; FAMILY FUN AND FITNESS, LLC, a limited liability company; KALAMAZOO FUN AND FITNESS, LLC, a limited liability company; SAGINAW FUN AND FITNESS, LLC, a limited liability company, ROCHESTER FUN AND FITNESS, LLC, a limited liability company,<br><br>Respondents. | CASE NO. 2:23-cv-00101-JWH-JPR<br><br>**[PROPOSED] DEFAULT JUDGMENT BY CLERK**<br><br>**[Fed. R. Civ. P. 55(b)(1)]** |

# DEFAULT JUDGMENT

The Clerk of Court, having entered the default of Respondents Colleen Fitzgerald, an individual; Albany Fun and Fitness, LLC, a limited liability company; Taylor Fun and Fitness, LLC, a limited liability company; Family Fun and Fitness, LLC, a limited liability company; Kalamazoo Fun and Fitness, LLC, a limited liability company; Saginaw Fun and Fitness, LLC, a limited liability company, Rochester Fun and Fitness, LLC, a limited liability company (collectively, "Respondents"), on February 16, 2023 (Dkt Nos. 19-21), pursuant to Fed. R. Civ. P. 55(a), and having determined from Petitioner Sky Zone Franchise Group, LLC's ("Sky Zone" or "Petitioner") Application for Default Judgment by Clerk with its supporting declaration of Michelle Chung, that Petitioner's claim is for a sum certain or a sum that can be made certain by computation, and that Respondents are neither minors, incompetent nor members in the military service (Dkt Nos. 22, 22-1), hereby ENTERS judgment as follows:

1. Petitioner Sky Zone shall have judgment against Respondents Colleen Fitzgerald, an individual; Albany Fun and Fitness, LLC, a limited liability company; Taylor Fun and Fitness, LLC, a limited liability company; Family Fun and Fitness, LLC, a limited liability company; Kalamazoo Fun and Fitness, LLC, a limited liability company; Saginaw Fun and Fitness, LLC, a limited liability company; Rochester Fun and Fitness, LLC, a limited liability company, jointly and severally, in the sum of $1,251,523.73, representing the amount awarded in the Final Arbitration Award attached hereto as Exhibit A and incorporated herein by reference as though fully set forth in full.

2. Until the judgment is paid in full, interest shall accrue at the rate pursuant to 28 U.S.C. § 1961.

Dated:_____          Clerk, U.S. District Court

                                     By:_____
                                        Deputy Clerk