JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY ZONE FRANCHISE GROUP, LLC., a Missouri limited liability company, | CASE NO. 2:23-cv-00101-JWH-JPR |
| Petitioner, | **FINAL JUDGMENT** |
| COLLEEN FITZGERALD, an individual; ALBANY FUN AND FITNESS, LLC, a limited liability company; TAYLOR FUN AND FITNESS, LLC, a limited liability company; FAMILY FUN AND FITNESS, LLC, a limited liability company; KALAMAZOO FUN AND FITNESS, LLC, a limited liability company; SAGINAW FUN AND FITNESS, LLC, a limited liability company, ROCHESTER FUN AND FITNESS, LLC, a limited liability company, | |
| Respondents. | |

Having considered Petitioner Sky Zone Franchise Group, LLC's Petition to Confirm the Arbitration Award ("Petition"), all supporting papers and evidence in the Court's record, and the oral argument presented at the May 19, 2023, hearing on the Petition, and for good cause shown to grant the Petition and confirm the Arbitration Award,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Judgment in the amount of $1,251,523.73, plus all costs and post-judgment interest pursuant to 28 U.S.C. § 1961 accruing at the statutory rate from the date judgment is entered until the judgment is paid, is **ENTERED** in **FAVOR** of Petitioner Sky Zone Franchise Group, LLC and **AGAINST** the following Respondents, jointly and severally:

    a. Colleen Fitzgerald;
    b. Albany Fun and Fitness, LLC;
    c. Taylor Fun and Fitness, LLC;
    d. Family Fun and Fitness, LLC;
    e. Kalamazoo Fun and Fitness, LLC;
    f. Saginaw Fun and Fitness, LLC; and
    g. Rochester Fun and Fitness, LLC.

2. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: June 20, 2023

*[signature]*
Honorable John W. Holcomb
United States District Judge